BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

FILED

AUG 05 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,        )<br>                             )<br>      v.                     )<br>                             )<br>MARIA DE JESUS FERNANDEZ     )<br>                             )<br>            Defendant.        )<br>_____  ) | No. CR-05-70638-PVT<br><br>[PROPOSED] ORDER APPOINTING<br>THE FEDERAL PUBLIC DEFENDER |

Based on the information in the Financial Affidavit submitted and signed by Ms. Fernandez on July 26, 2005, in case number CR-05-70605-HRL, it is hereby ordered that the Federal Public Defender's Office is appointed to represent Ms. Fernandez in the above-captioned case.

Dated: August 5, 2005

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1 | Distribute to:
2 |
3 | Ms. Angela M. Hansen
  | Assistant Federal Public Defender
  | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
  | Counsel for Defendant
5 |
  | Ms. Jane Shoemaker
6 | Assistant United States Attorney
  | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
  | Counsel for the United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26