KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 05-70638 PVT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MARIA DE JESUS FERNANDEZ, | ) | |
| | ) | SAN JOSE VENUE |
| Defendant. | ) | |

On September 8, 2005, the parties in this case appeared before the Court for an arraignment. At that appearance, Assistant United States Attorney Susan Knight explained to the Court that the government has offered the defendant a "fast-track" resolution of her illegal reentry case, and that the parties are waiting for the petition relating to the defendant's supervised release violation to be transferred from the Eastern District of California to the Northern District of California. Once the supervised petition is transferred, the parties will file a Notice of Related Cases and proceed in District Court. Therefore, the parties requested that the arraignment on both cases be continued to September 29, 2005 at 9:30 a.m. In addition, the defendant, through her counsel,

agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from September 8, 2005 to September 29, 2005. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:   KEVIN V. RYAN
United States Attorney

DATED:_____   _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED:_____   _____/s/_____
ANGELA HANSEN
Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to September 29, 2005 at 9:30 a.m. before the Honorable Judge Lloyd. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 8, 2005 to September 29, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 9/12/05

_____
RICHARD SEEBORG
United States Magistrate Judge

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3
4  DATED:_____                    _____/s/_____
                                          SUSAN KNIGHT
5                                         Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
No. 05-70638 PVT                          3

## Other Documents
5:05-mj-70638-PVT USA v. Fernandez-Fernandez

## U.S. District Court
## Northern District of California
### Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available.***
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Knight, Susan on 9/12/2005 at 10:09 AM

**Case Name:** USA v. Fernandez-Fernandez
**Case Number:** 5:05-mj-70638
**Filer:** USA
**Document Number:** 9

**Docket Text:**
STIPULATION *and proposed order excluding time* by USA as to Maria De Jesus Fernandez-Fernandez (Knight, Susan) (Filed on 9/12/2005)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\skreider\Fernandez_Rule_5_and_STA_exclusion1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/12/2005] [FileNumber=2104696-0]

[66d391473db384c7df4ab705378fae69301ece994ce5fe4c86c47f8cb8e07fc40025e
5b17810c14751136dabd508f858025f2867bfcfeaf03d8d202b4bd802e0]]

**5:05-mj-70638-1 Notice will be electronically mailed to:**

Angela Milella Hansen    Angela_Hansen@fd.org

**5:05-mj-70638-1 Notice will NOT be electronically mailed to:**

Jane Shoemaker
US Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113

CAND-ECF    Case 5:05-cr-00684-JW   Document 10   Filed 09/12/05   Page 5 of 5   Page 2 of 2